**MATERN LAW GROUP, PC**
MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
LAUNA ADOLPH (SBN 227743)
ladolph@maternlawgroup.com
KAYVON SABOURIAN (SBN 310863)
ksabourian@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Tel: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff JAMIE MOJARRO, individually and on behalf of all others similarly situated

E-FILED 5/16/19

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE MOJARRO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERSTATE MANAGEMENT COMPANY, LLC, a Delaware limited liability company; INTERSTATE HOTELS & RESORTS, INC., a Delaware corporation; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:17-cv-08464-PSG (JC)<br><br>**JOINT STIPULATION TO DISMISS CASE PURSUANT TO RULE 41** ;<br><br>ORDER |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff Jamie Mojarro ("Plaintiff") and Defendants Interstate Management Company, LLC and Interstate Hotels & Resorts, Inc. (collectively "Defendants"), through the undersigned counsel, hereby stipulate to dismissal of the above-entitled action in its entirety.  Plaintiff's individual claims shall be dismissed with prejudice, and the putative class members' claims shall be dismissed without prejudice.  Each party shall bear its own costs and attorneys' fees.

Dated: May 15, 2019         MATERN LAW GROUP, PC

                            By:  */s/ Kayvon Sabourian*
                                 Matthew J. Matern
                                 Launa Adolph
                                 Kayvon Sabourian
                                 Attorneys for Plaintiff
                                 Jamie Mojarro

Dated: May 15, 2019         MORGAN, LEWIS & BOCKIUS LLP

                            By:  */s/ Hien Nguyen*
                                 Jason S. Mills
                                 Hien Nguyen
                                 Attorneys for Defendants
                                 Interstate Management Company, LLC and
                                 Interstate Hotels & Resorts, Inc.

**IT IS SO ORDERED.**
DATED: 5/16/19
_____
U.S. DISTRICT JUDGE

## **ATTESTATION**

I hereby attest pursuant to L.R. 5-4.3.4 that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

                            */s/ Kayvon Sabourian*
                            Kayvon Sabourian